# United States District Court
## DISTRICT OF DELAWARE

CRS, LLC, a Washington Limited
Liability Company,

     PLAINTIFF

v.

BITTORRENT, Inc., a California
Corporation,

     DEFENDANT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 - 477

TO:    Bittorrent, Inc.
      c/o Registered Agent
      Ashwin Navin
      301 Mission Street, Suite 900
      San Francisco, CA 94105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    Michael Busenkell, Bar No. 3933
    Womble Carlyle Sandridge & Rice, PLLC
    222 Delaware Avenue, Suite 1501
    Wilmington, DE 19801
    Tel. 302.252.4320

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

_____
By   DEPUTY CLERK

DATE   7/31/08

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 7/31/08 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: BITTORRENT, INC. C/O THE DELAWARE SECRETARY OF STATE  TOWNSEND BLDG.  DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBENEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/08   _____
                   Date                    *Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.