## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-477 (SLR) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| BITTORRENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anne Shea Gaza of the firm Richards, Layton & Finger,

P.A. hereby enters her appearance as counsel for Defendant in the above matter.

OF COUNSEL:

Charlene M. Morrow
David Hayes
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: August 20, 2008

*/s/ Anne Shea Gaza*
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com
Attorneys for Defendant BitTorrent, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael Busenkell,
James M. Lennon
A. Martina Tyreus
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302).252-4320

I hereby certify that on August 20, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Robert Rohde
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com