IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRS, LLC, a Washington Limited Liability Company,<br><br>                      Plaintiff,<br>v.<br><br>BITTORRENT, INC., a California Corporation,<br><br>                      Defendant. | C.A. No. 08-477<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF SERVICE

1)     I, Michael G. Busenkell, am counsel for plaintiff CRS, LLC.

2)     The defendant, Bittorrent, Inc., is a non-resident of the State of Delaware, and its registered agent, on information and belief, resides at 301 Mission Street, Suite 900, San Francisco, California 94105.

3)     On August 5, 2008, I mailed to defendant by **registered mail** a copy of the summons and complaint served on the Secretary of State along with a statement that service was made on the Secretary of State of this state and under 10 Del. C. § 3104, such service is as effective to all intents and purposes as if it had been made upon such non-resident personally within the state.

4)     On August 25, 2008, I received notice and receipt from the Post Office and that is the receipt attached hereto.

5)     The return receipt from the Post Office was returned marked received and is attached to this affidavit as Exhibit A.

6)     This was the first notice.

    I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: August 27, 2008

                                              Michael G. Busenkell, Bar No. 3933
                                              James M. Lennon, Bar No. 4570
                                              A. Martina Tyreus, Bar No. 4771
                                              WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                                              222 Delaware Avenue, Suite 1501
                                              Wilmington, DE 19801
                                              Tel. 302.252.4320
                                              *Attorney for Plaintiff, CRS, LLC*

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

                                              _Kathleen Lytle_____
                                              **Notary Public**

WCSR 3965473v1

                                                                                   Kathleen E. Lytle
                                                                                   Notary Public
                                                                                   State Of Delaware
                                                                                  My Commission expires October 15, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I caused to be served by hand delivery of the foregoing document and electronically filed the same with the Clerk of the court using CM/ECF which will send notification of such filing to the following:

> William J. Wade
> Anne Shea Gaza
> Richard Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE  19801

/s/  Michael G. Busenkell
Michael G. Busenkell

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BitTorrent, Inc.
C/o Registered Agent
Ashwin Navin
301 Mission Street,
Suite 900
San Francisco, CA 94105

2. Article Number
(Transfer from service label)  RE 338 588 567 US

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  8-19-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE
SAN FRANCISCO CA 94
20 AUG 2008 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mike Busenkell, Esq.
Womble Carlyle Sandridge & Rice
222 Delaware Ave, Suite 1501
Wilmington, DE 19801